IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: September 21, 12012 |
| Court Reporter: Gwen Daniel | Probation: Justine Kozak |

_____

| | |
|---|---|
| Criminal Action No.   11-cr-00455-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| MATTHEW COLIN LAFLIN, | Samuel Long |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Long

Government's oral motion for a third level reduction in the offense level for acceptance of responsibility.

1

**ORDERED:  The Government's oral motion for a third-level reduction in the offense level for acceptance of responsibility is GRANTED.**

Mr. Long's Argument re Defendant Matthew Colin Laflin's Motion For Below-Guideline or Variant Sentence (ECF No. 82)

**ORDERED:  Defendant Matthew Colin Laflin's Motion For Below-Guideline or Variant Sentence (ECF No. 82) is GRANTED.**

Given the Court's ruling on Mr. Laflin's motion for downward variant sentence, pursuant to Rule 32(I) the Court finds that a ruling on the Government's motion for variant sentence is unnecessary because the matter will not affect its sentencing of this defendant.

Statement by defendant's father Robert Laflin

Statement by defendant's co-worker Daniel Grulke

Statement by defendant's wife Brittni Laflin

Further Statement by Mr. Sibert

Defendant's Allocution

> Defendant plead guilty to Count One of the Indictment on June 13, 2012.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Matthew Colin Laflin, is hereby placed on probation for a period of 30 months, and is hereby ORDERED to pay a FINE of $1,000.00 into the Crime Victims Fund.**

**While on Probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.**

ORDERED: Special Conditions of Probation:

1. The Defendant shall participate in and successfully complete a program of mental health treatment as approved by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

2. The defendant shall be placed on home detention for a period of four months, to commence within 21 days of sentencing.

   During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.

   This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones.

   The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

In addition to the $1,000.00 fine, the defendant shall also pay a Special Assessment of $100.00.

The Special Assessment shall be due and payable immediately.

Within 30 days from today the defendant shall confer with the probation officer to develop a plan for the payment of the fine. This payment plan will be based upon the defendant's income and expenses, and shall be forwarded to the Court for review and approval.

It is an express condition of probation that the defendant pay the fine

**and special assessment in accordance with the payment plan approved by the Court.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

**ORDERED:   Defendant's bond is EXONERATED.**

04:00 p.m.    Court in Recess
              Hearing concluded
              Time: one hour