**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 11-cr-00455-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    MATTHEW COLIN LAFLIN**

    Defendant.

---

## ORDER GRANTING MOTION FOR RELEASE OF PASSPORT

This matter is before the Court on Defendant Matthew Colin Laflin's Motion for Release of Passport (ECF No. 16), filed October 19, 2012.  The Government does not object to the relief requested in the Motion.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendant's Motion is GRANTED.  The Defendant was Sentenced on September 21, 2012 at which time the Defendant's bond was exonerated (ECF No. 89).  The Clerk of the Court is DIRECTED to release the Defendant Laflin's passport to Defendant or his counsel.

Dated this 19th day of October, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge