**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 11-cr-0455-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW COLIN LAFLIN,

    Defendant.

---

**ORDER GRANTING MOTION FOR RELEASE OF WEAPONS**

---

This matter comes before the Court on Defendant Matthew Colin Laflin's Unopposed Motion for Release of Weapons filed December 14, 2012 (ECF No. 94). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defendant's Motion is GRANTED. The Defendant was Sentenced on September 1, 2012, at which time the Defendant's bond was exonerated (ECF No. 89). The Clerk's Office and/or the agency holding such firearms is DIRECTED to release the Defendant's weapons to Mr. Robert Laflin and Ms. Laura C. Hoyle pursuant to the declarations filed as Exhibit A to the Motion (ECF No. 94-1).

Dated this 17th day of December, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge